Honorable Richard A. Jones
Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER HAGSTROM,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAFEWAY, INC., a Delaware corporation, "SAFEWAY STORE #2734", and DOEs I through X,<br><br>　　　　Defendants. | No. 2:20-cv-01160-RAJ-TLF<br><br>[~~PROPOSED~~] ORDER GRANTING CORRECTED STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES |

This matter came before the above-entitled Court upon the Corrected Stipulated Motion to Extend Certain Pretrial Deadlines.

The Court has reviewed the records and files herein, including the following:

　　1. Corrected Second Stipulated Motion to Extend Pretrial Deadlines.

IT IS HEREBY ORDERED that:

The Corrected Stipulated Motion to Extend Pretrial Deadlines is **GRANTED,** and it is hereby ordered that the pretrial deadlines are continued as below:

ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND
PRETRIAL DEADLINES – 1
Cause No.: 2:20-cv-01160-RAJ-TLF

3011784 / 824.0080

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

| Description | Current Date | Proposed Date |
|---|---|---|
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2) | Noting date: September 6, 2021 | Noting date: November 4, 2021 |
| Discovery (including meet and confer meetings) complete by | September 20, 2021 | November 19, 2021 |
| Last date to file and serve dispositive motions | October 20, 2021 | December 20, 2021 |

Dated: __8-2-2021__

_Theresa L. Fricke_ (signature)

Honorable Richard A. Jones
Honorable Theresa L. Fricke

**Presented by:**

FORSBERG & UMLAUF, P.S.

_____
Kimberly A. Reppart, WSBA #30643
Alexandra E. Ormsby, WSBA #52677
Attorneys for Defendant

*Notice of Presentation Waived;
Approved as to form:*

THE BARTELS LAW FIRM, PLLC

_____ With permission
Jeremy S. Bartels, WSBA #36824
Attorneys for Plaintiff

PAUKERT & TROPPMANN, PLLC

_____ With permission
Douglas McDermott, WSBA #31500
Attorneys for Plaintiff

ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND
PRETRIAL DEADLINES – 2
Cause No.: 2:20-cv-01160-RAJ-TLF

3011784 / 824.0080

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX